IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Augustyniak, Mark E | Case Number: 08 B 24121 |
|---|---|---|
| | Augustyniak, Patrice N | Judge: Hollis, Pamela S |
| | Printed: 02/17/09 | Filed: 9/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 5, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 2. | GMAC Auto Financing | Secured | 19,305.19 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 10,479.29 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 33.64 | 0.00 |
| 5. | GMAC Auto Financing | Unsecured | 13.12 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 560.91 | 0.00 |
| 7. | Wells Fargo Financial | Unsecured | 94.70 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 479.54 | 0.00 |
| 9. | Palos Community Hospital | Unsecured | 5.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 517.41 | 0.00 |
| 11. | AFNI | Unsecured | | No Claim Filed |
| 12. | Oakview Dental Group | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Collect Systems | Unsecured | | No Claim Filed |
| 15. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 16. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 17. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 18. | McGrath Clinic SC | Unsecured | | No Claim Filed |
| 19. | Lane Bryant | Unsecured | | No Claim Filed |
| 20. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 21. | Pediatrics And Allergy | Unsecured | | No Claim Filed |
| 22. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 23. | WFNNB | Unsecured | | No Claim Filed |
| 24. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 25. | McGrath Clinic SC | Unsecured | | No Claim Filed |
| | | | $ 31,488.80 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Augustyniak, Mark E<br>Augustyniak, Patrice N<br>Printed: 02/17/09 | Case Number:  08 B 24121<br>Judge:  Hollis, Pamela S<br>Filed:  9/11/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*